ORIGINAL

| | |
|---|---|
| 1  KAREN P. HEWITT<br>United States Attorney<br>2  ANDREW G. SCHOPLER<br>Assistant U.S. Attorney<br>3  California State Bar No. 236585<br>United States Attorney's Office<br>4  880 Front Street, Room 6293<br>San Diego, California 92101-8893<br>5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)<br>Email: Andrew.Schopler@usdoj.gov<br>6<br>Attorneys for Plaintiff<br>7  United States of America | FILED<br>2008 JAN 17  AM 10: 49<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Premises Known As:<br>6225 Stanley Avenue, Apartment 1<br>San Diego, California 92115 | Magistrate No. 08MJ0124<br><br>**MOTION TO UNSEAL SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND ORDER THEREON** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, and moves this Court for an order unsealing the search warrant and accompanying application and affidavit for search warrant previously filed in the above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery to defense counsels in the near future.

DATED: January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney

ORIGINAL

FILED
2008 JAN 17 AM 10:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> Premises Known As: ) <br> 6225 Stanley Avenue, Apartment 1 ) <br> San Diego, California 92115 ) <br> ) | Magistrate No. 08MJ0124 <br><br> **ORDER UNSEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |

Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

IT IS HEREBY ORDERED that the search warrant and accompanying application and affidavit for search warrant, previously filed in the above-captioned matter on January 16, 2008, be unsealed.

IT IS SO ORDERED.

DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge