AO 93 (Rev. 5/85) Search Warrant

**ORIGINAL**

*UNSEALED AS OF 1/17/08*

**ORDERED SEALED BY COURT**

# United States District Court

08 JAN 23 PM 4:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDV_ DEPUTY

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched)

**Premises Known As:**
6225 Stanley Avenue, Apartment 1
San Diego, California 92115

**SEARCH WARRANT**

CASE NUMBER: **08 MJ 0124**

TO: _Federal Bureau of Investigation_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____Special Agent Robert A. Harris_____ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___1-25-08___
                                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____Nita L. Stormes_____
as required by law.                                                                     U.S. Judge or Magistrate

___1-15-08 @ 4:00 PM___         at   San Diego, California
Date and Time Issued                     City and State

Nita L. Stormes, Magistrate Judge         _/s/ Nita L. Stormes_
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
**6225 Stanley Avenue, Apartment 1**
**San Diego, California 92115**

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>                and any Authorized Officer of the United States

Affidavit(s) having been made before me by        <u>Special Agent Robert A. Harris</u>        who has reason to
                                                                                Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ <u>Southern</u> District of <u>California</u> _____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   <u>1-25-08</u>
                                                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____<u>Nita L. Stormes</u>_____
as required by law.                                                                 U.S. Judge or Magistrate

<u>1-15-08 @ 4:00 PM</u>                    at  San Diego, California
Date and Time Issued                                         City and State

Nita L. Stormes, Magistrate Judge                        [signature]
Name and Title of Judicial Officer                          Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/15/2008 | 01/16/2008 @ 6:00am | in premises on table with Chaunte Jones |

INVENTORY MADE IN THE PRESENCE OF
See FD-597 attached

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT
See attached FD-597

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

[signature]

Subcribed, sworn to, and returned before me this date.

[signature] 1-23-08

U.S. Judge or Magistrate Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley Ave #1
(City) San Diego, CA 92115

Description of Item(s): Cellular telephone Room B- Living Room L2

[signature] 1/16/08

SA FBI 01/16/2008
Received By: William M Sexton (Signature)
Received From: Cheryl W Jones (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley, #1
(City) San Diego, CA 92115

Description of Item(s): Room J - Patio - Drugs   L2

SA John Caulder, FBI

Received By: _____ SA, FBI
William M ____
(Signature)

Received From: _____
(Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley Ave, #1
(City) San Diego, CA 92115

Description of Item(s): Room "E" - L2
- two (2) cell phones
- one (1) pipe
- photographs
- misc paperwork

SA John Sanchez, FBI

Received By: William M Sexton (Signature) SA, FBI
Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley Ave #1
(City) San Diego CA 92115

Description of Item(s): Room "B" - L2
- miscellaneous notes and papers from desk ($ orders, etc.) (photo #53)
- photo albums
- disposable camera

SA John Cinshing FBI

Received By: _William M Carter_ (Signature)  SA, FBI
Received From: _Melvin M Alexander_ (Signature)

FD-597 (Rev 8-11-94) Page 5 of 8

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley #1
(City) San Diego CA 92115

Description of Item(s): L2 Room C - Kitchen Hand Scale Photo #40 & 41

SA John Bambino, FBI

Received By: William M Sexton (Signature) SA, FBI
Received From: (Signature)

FD-597 (Rev 8-11-94)                                                                                       Page 6 of 8

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley, #1
(City) San Diego, CA 92115

Description of Item(s): Digital evidence - Room "B" L2

- one (1) CPU, serial no. X151JY-C875 (Compaq)
- twenty-three (23) CD-Rs (photo #54)
- one (1) 3½" floppy disk

SA John Cawley, FBI

SA FBI
Received By: William M. [Signature]
Received From: [Signature]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley Ave #1
(City) San Diego CA 92115

Description of Item(s): Room "I"

- U.S. Currency from Alexander's pants
  - $20 × 19 = $380.00
  - $5 × 1 = $5.00
  - $1 × 3 = $3.00
  - $1 coin × 1 = $1.00
  - $389 Total

- U.S. Currency from Alexander's wallet:
  - $100 × 1 = $100
  - $50 × 2 = $100
  - $20 × 5 = $100
  - $10 × 1 = $10
  - $5 × 4 = $20
  - $330 Total

- Various Bank & Sprint Nextel Cards

Received By: SA FBI William [signature] (Signature)

Received From: [signature] (Signature)

SA John [signature], FBI

FD-597 (Rev 8-11-94)

Page 8 of 8

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Melvin Alexander
(Street Address) 6225 Stanley Ave #1
(City) San Diego, CA 92115

Description of Item(s):
- 3 cell phones & 3 chargers & 2 cell phone batteries
- 2 knives
- green leafy substance in clear plastic baggy suspected to be marijuana
- Pill Bottle for Levitra with pills
- Pill Bottle for Hydrocodone with pills
- San Disk 1.0GB camera memory stick
- CA/DL for Melvin Alexander # N0485954
- Social Security Card 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
- Miscellaneous paper work

SA John [signature], FBI

Received By: [signature] William M[?] SA, FBI
(Signature)

Received From: [signature]
(Signature)

FD-597 (Rev 8-11-94)

Page _1_ of _1_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2810-50-68640

On (date) 1/16/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Michael Parker
(Street Address) DOB 7/7/81
(City) SSN 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

Description of Item(s): Cellular Telephone from person
Telephone 619-313-8901

[diagonal strike-through with notation "1/16/08"]

SA, FBI, 9:03 a.m.

Received By: William M Sexton (Signature)

Received From: [signature] (Signature)

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Melvin ALEXANDER)

The residence at **6225 Stanley Avenue, Apartment 1, San Diego, California 92115** is further described as follows:

The residence is contained in a two-story apartment building on the southern curb line of Stanley Avenue to the east of the intersection of Stanley Avenue and 62nd Street. The apartment complex is a primarily dark brown wood and cream stucco exterior with a flat roof and dark brown wood trim. The numbers 6225 are displayed twice on the north side of the building. One large set of metallic colored numbers are located at the top left hand side of the building. A smaller white set of numbers is located near the right side of the building near the patio of the second story apartment. Apartment 1 is on the first floor in the northwest corner of the building. The front door of Apartment 1 faces west and is located beneath a staircase which leads to the upstairs apartments in the building. The front door of Apartment 1 is painted blue, with a black number 1 fixed to the center of the door at eye level. Also fixed to the door is a warning sticker stating that oxygen is in use inside the apartment. The front door is covered by a screen door. To the right of the entry way and the front door are a plate glass window and mailboxes for the apartment complex.

## ATTACHMENT B

## ITEMS TO BE SEIZED

### (RESIDENCE OF Melvin ALEXANDER)

1. Controlled substances, including but not limited to cocaine base and methamphetamine, and paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s), including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.